✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

<table>
<tr><td>SOUTHERN</td><td>DISTRICT OF</td><td>CALIFORNIA</td></tr>
</table>

## APPEARANCE

Case Number:  07mj2552

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE JUAN LEON-VILLAGOMEZ

I certify that I am admitted to practice in this court.

| 11/2/2007 | | /s/ ERICK L. GUZMAN | |
|---|---|---|---|
| Date | | Signature | |
| | | Erick L. Guzman/Federal Defenders of SD | 244391 |
| | | Print Name | Bar Number |
| | | 225 Broadway, Suite 900 | |
| | | Address | |
| | | San Diego, CA  92101 | |
| | | City          State | Zip Code |
| | | (619) 234-8467     (619) 687-2666 | |
| | | Phone Number | Fax Number |