UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE JUAN LEON-VILLAGOMEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 07mj2552 <br><br> CERTIFICATE OF SERVICE |

   Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

   United States Attorney's Office
   880 Front Street
   San Diego, CA  92101


Dated: November 2, 2007       /s/ Erick L. Guzman
                 ERICK L. GUZMAN
                 Federal Defenders
                 225 Broadway, Suite 900
                 San Diego, CA 92101-5030
                 (619) 234-8467  (tel)
                 (619) 687-2666  (fax)
                 E-mail: erick_guzman@fd.org