UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2007 NOV -2 A 4: 43

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> JOSE LEON VILLAGOMEZ ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 07mJ2552 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **Louisa S. Porter**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted / Case Disposed / Order of Court**).

HIGINIA IBARRA-CABANILLA

DATED: 11/2/07

**Louisa S. Porter**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by P. DelaCruz
   Deputy Clerk