FILED
2007 DEC 20 PM 3:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case 07MJ2552 |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| | ) TO EXONERATE |
| | ) BOND OF A MATERIAL WITNESS |
| v. | ) AND REFUND DEPOSIT TO SURETY |
| | ) |
| JOSE LEON VILLAGOMEZ, | ) |
| | ) |
| | ) MATERIAL WITNESS: |
| Defendant. | ) HIGINIA IBARRA-CABANILLA |
| | ) |

## ORDER

**IT IS ORDERED** that bond posed with this Court and deposited with the Clerk of the Court to secure the presence of material witness **HIGINIA IBARRA-CABANILLA**, shall be exonerated and the $500.00 deposited with the Clerk Cashier be returned to the surety:

JOSE ORNELAS
1250 CALLE FANTASIA
San Marcos CA 92069

DATED: 12/20/07

_____
United States Judge